# United States Court of Appeals
## For the First Circuit

No. 17-1049

MOIRA E. TEIXEIRA,

Plaintiff, Appellant,

v.

TOWN OF COVENTRY, by and through its Treasurer,
THEODORE PRZYBYLA, ET AL.,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on February 7, 2018, is amended as follows:

On the cover sheet, replace "February 7, 2017" with "February 7, 2018"